# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

BENJAMIN RADFORD,

    Plaintiff,

vs.                                Case No. CIV-06-0623 ACT/RHS

LARRY BOTTOMS, WAL-MART TRANSPORTATION, LLC
and AMERICAN HOME ASSURANCE, INC.,

    Defendants.

## **CERTIFICATE OF SERVICE**

    I certify that on _July 28_, 2006, Plaintiff's First Requests for Production to Defendant Larry Bottoms and this Certificate of Service were placed in envelopes that were then deposited in my law firm's regularly maintained outgoing mail container. These envelopes were addressed to:

    My law firm's regular practice is to place postage on all envelopes in the mail container and then to mail them.

                            SHAPIRO BETTINGER CHASE LLP
                            Carl Bettinger
                            4273 Montgomery Blvd., NE, #110-East
                            Albuquerque, New Mexico  87109
                            (505) 888-6463

                            Attorneys for Plaintiffs

           By: _____
                  CARL BETTINGER