IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES W. RADFORD, as Personal Representative
of the Estate of BENJAMINE C. RADFORD, Deceased,

      Plaintiff,

vs.                                                 Case No. CIV-06-0623 LH/RHS

LARRY BOTTOMS, WAL-MART TRANSPORTATION, LLC
and AMERICAN HOME ASSURANCE, INC.,

      Defendants.

## ORDER OF DISMISSAL

THIS MATTER, having come before the Court upon the Joint Motion of the Parties, Plaintiff James W. Radford, as Personal Representative of the Estate of Benjamine C. Radford , Deceased, Defendants, Larry Bottoms, Wal-Mart Transportation, LLC and American Home Assurance, Inc., to Dismiss, the Court, having reviewed the pleadings and being otherwise fully informed FINDS that the Motion is WELL-TAKEN and shall be GRANTED.

Plaintiff's Complaint is hereby dismissed with prejudice. The Parties shall bear their own fees and costs.

_____
**C. LEROY HANSEN**
Senior United States District Judge

Respectfully Submitted,

BUTT THORNTON & BAEHR PC

/s/ S. Carolyn Ramos
S. CAROLYN RAMOS
P.O. Box 3170
Albuquerque, NM  87190-3170
Phone:  (505) 884-0777

Attorneys for Defendants

and

Electronic Approval on January 3, 2008 by:
SHAPIRO BETTINGER CHASE LLP
Carl Bettinger
7411 Jefferson NE
Albuquerque, NM  87109
Phone:  (505) 888-6463

ZELBST LAW FIRM
John Zelbst
411 Southwest 6th St.
Lawton, OK  73501-4614
Phone:  (580) 248-4844

Attorneys for Plaintiff